IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TAMI CORNER,<br><br>Defendant. | PO 25-5110-M-KLD<br><br>VIOLATION(s):<br>9470396<br>Location Code: M2<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**, without prejudice.

**IT IS FURTHER ORDERED** that any future hearing or issued warrants are **VACATED**.

DATED this _____ day of June 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge